UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ONONDAGA COUNTY LABORERS' HEALTH
AND WELFARE, PENSION, ANNUITY AND        5:02-CV-1076 (NAM/GJD)
TRAINING FUNDS, by Janet M. Moro, as Fund
Administrator, et al v. INDUSTRIAL CONTRACTING,
INC., et al
_____

## ORDER

On September 14, 2005, this court held a telephone conference with the attorneys for both sides.  Based on that telephone conference and the settlement, it appears that there is no further reason to maintain this action on the open docket for statistical purposes.  **WHEREFORE, it is hereby**

**ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 16) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings become necessary or desirable, any party may reopen the action by advising the court in writing.

Upon notification to reopen the action, the parties are directed to request a Rule 16 conference so that a new scheduling order can be issued.

**THIS ORDER IS SUBJECT TO APPROVAL BY U.S. DISTRICT JUDGE NORMAN A. MORDUE.**

The Clerk is directed to serve a copy of this order on the parties and U.S. District Judge Norman A. Mordue.

Dated: September 14, 2005.

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge